IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:04CV19

| | | |
|---|---|---|
| GEORGE A. O'BAR and JACOB A. PEARCE, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | **O R D E R** |
| LOWE'S HOME CENTERS, INC., | ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the June 2005 term in the Statesville Division.

The Court has under advisement the parties' motions and will not complete review of these motions in time for the parties to adequately prepare for trial for the June 6, 2005, term.

**IT IS, THEREFORE, ORDERED** that this matter is hereby continued from the June 6, 2005, term in the Statesville Division.

**Signed: June 1, 2005**

Lacy H. Thornburg
United States District Judge