IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:04CV19-W

| | |
|---|---|
| GEORGE A. O'BAR and JACOB A. PEARCE, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>LOWE'S HOME CENTERS, INC., )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's "Motion of Rebecca Hope Royals to Qualify as a Foreign Attorney" (document #59) filed October 26, 2006. For the reasons set forth therein, the Motion will be granted, and Ms. Royals will be admitted pro hac vice.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: October 26, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge