# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL NO. 5:04-cv-00019-W

| | |
|---|---|
| GEORGE A. O'BAR, and JACOB A. PEARCE, ) ) ) Plaintiffs, ) ) vs. ) ) LOWE'S HOME CENTERS, INC., ) ) Defendant. ) ) | ORDER |

THIS MATTER is before the Court on Defendant's Motion for Clarification and Protective Order and Supporting Memorandum (Doc. No. 68), filed November 7, 2006.

IT IS, THEREFORE, ORDERED that Plaintiffs are hereby ordered to submit to the Court Plaintiffs' response to Defendant's Motion by November 13, 2006. No reply will be permitted. This shortened briefing schedule is necessary to maintain other deadlines set by the Court in this matter.

IT IS SO ORDERED.

Signed: November 8, 2006

Frank D. Whitney
United States District Judge