IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:04-cv-00019-W

| | |
|---|---|
| GEORGE A. O'BAR, and JACOB A. PEARCE, ) ) ) Plaintiffs, ) ) vs. ) ) LOWE'S HOME CENTERS, INC., ) ) Defendant. ) ) ) | ORDER TO SEAL DOCUMENTS |

THIS MATTER is before the Court on Defendant's Motion to File Documents Under Seal (Doc. No. 83), filed December 11, 2006. Pursuant to paragraph 2 of the September 2, 2004, Stipulated Order Regarding Confidentiality of Discovery Material (Doc. No. 25) and Local Rule 5.1, the Court GRANTS Defendant's Motion.

IT IS, THEREFORE, ORDERED that Defendant's Motion to File Documents Under Seal (Doc. No. 83) is GRANTED, and the exhibits that are the subject of the Motion shall be filed and maintained by the Court under seal.

IT IS SO ORDERED.

Signed: December 13, 2006

Frank D. Whitney
United States District Judge

-1-