IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 5:04CV19-W

| | |
|---|---|
| GEORGE A. O'BAR AND JACOB A. PEARCE, on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | **O R D E R** |
| v. ) ) | |
| LOWE'S HOME CENTER, ) ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Defendant's Motion To File Documents Under Seal" (document #133) filed March 22, 2007. For the reasons stated therein, the Motion is hereby **GRANTED**, that is, the Exhibits 1-5, 7-10, and 16-17 to Exhibit A to the "Declaration of Melissa L. Dulski," which was filed as Exhibit A to the Defendant's "Memorandum of Law in Support of its Second Motion for Summary Judgment" (document #132) are hereby **SEALED**.

The Clerk is directed to send a copy of this Order to counsel for the parties; and to the Honorable Frank D. Whitney.

**SO ORDERED.**

Signed: March 27, 2007

_____

Carl Horn, III
United States Magistrate Judge