# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:04CV19-W

| | |
|---|---|
| **GEORGE A. O'BAR, and JACOB A. PEARCE, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**LOWE'S HOME CENTERS, INC.,**<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court upon the "Defendant's Motion to File Documents Under Seal" (document #147) filed April 6, 2007. **FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulated Order Regarding Confidentiality of Discovery Material, the following exhibits to the "Defendant's Response to Plaintiffs' Memorandum Regarding the Feasibility of Pre-Certification Electronic Data Discovery" (document #146) shall be filed under seal:

1. Exhibit A, Declaration of Nathan D. Woods;

2. Exhibit 1 to the Declaration of Melissa L. Dulski, selected pages of the Deposition of Aleda Jo Howard, taken on September 15, 2004;

3. Exhibit 2 to the Declaration of Melissa L. Dulski, selected pages of the Deposition of Gilmer E. Collette, Jr., taken on March 21, 2007;

4. Exhibit 3 to the Declaration of Melissa L. Dulski, selected pages of the Deposition of Patrick A. Belanger, taken on March 21, 2007;

5. Exhibit C, Declaration of Gilmer E. Collette, Jr.; and

6. Exhibit D, Declaration of Patrick A. Belanger.

**SO ORDERED.**

        Signed: April 10, 2007

_____

Carl Horn, III
United States Magistrate Judge