# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:04CV19-W

| | |
|---|---|
| **GEORGE A. O'BAR, and JACOB A. PEARCE, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**LOWE'S HOME CENTERS, INC.,**<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court upon the following motions:

1. the "Plaintiffs' Motion to Supplement Inadvertently Omitted Exhibit to their Response . . ." (document #104) filed January 22, 2007;

2. the "Plaintiffs' Motion to File Documents Under Seal" (document #138) filed March 30, 2007; and

3. the "Plaintiffs' Motion to File Documents Under Seal" (document #142) filed March 30, 2007.

First, the "Plaintiffs' Motion to Supplement . . ." is **GRANTED**. However, the undersigned notes that such a Motion was not necessary. Where an attachment is inadvertently omitted from a prior filing, the party need only file the document as an "Attachment" or "Exhibit" and reference/link the original filing.

Second, as to the two motions to file documents under seal, both are **GRANTED**. However, the parties are advised to review the Honorable Frank D. Whitney's February 7, 2007 Order which "directs the parties to revisit Local Rule 5.1(D)(3)(c), which provides that further motions to seal are

unnecessary if the documents are of the subject of the protective order."

**SO ORDERED.**

Signed: April 11, 2007

Carl Horn, III
United States Magistrate Judge