# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL NO. 5:04-cv-00019-W

| | |
|---|---|
| GEORGE A. O'BAR, and JACOB A. PEARCE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| LOWE'S HOME CENTERS, INC., | )<br>) |
| Defendant. | )<br>) |

**ORDER**

THIS MATTER is before the Court *sua sponte* regarding its prior orders ruling on Defendant's motions for summary judgment. In an oral order on December 22, 2006, (followed by a written order on January 3, 2007), and an order reconsidering and clarifying the oral order on February 22, 2007, this Court ruled, in part, in favor of Plaintiffs on their claims for compensation discrimination.

Yesterday, the Supreme Court of the United States issued its ruling in <u>Ledbetter v. Goodyear Tire & Rubber Co., Inc.</u>, No. 05-1074, 2007 WL 1528298 (May 29, 2007). Upon review of the opinion, this Court is concerned the <u>Ledbetter</u> ruling potentially impacts this Court's prior orders regarding Plaintiffs' compensation discrimination claims.

Accordingly, the Court ORDERS the parties to file supplemental briefing as to the relevance, impact, and applicability of the <u>Ledbetter</u> case in this matter, including the Court's prior orders. Defendant is ordered to submit its memorandum of law by Wednesday, June 20, 2007, and Plaintiffs must submit their response by Thursday, July 5, 2007. No reply will be permitted. The Court anticipates hearing oral argument on this issue and will notify counsel as soon as the hearing is

calendered.

Notwithstanding this Court's request for supplemental briefing, the parties are hereby ORDERED to continue with precertification class discovery as directed by the Court and in compliance with all prior orders in this matter. Neither party should object to discovery requests, stall discovery, or otherwise refuse to make production of responsive information in light of this Order.

IT IS SO ORDERED.

Signed: May 30, 2007

Frank D. Whitney
United States District Judge