# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:04CV19-W

| | | |
|---|---|---|
| **JACOB PEARCE, GEORGE O'BAR,** | ) | |
| **and all others similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **LOWE'S HOME CENTERS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the parties' "Joint Motion to Stay Discovery" (document #162) filed on July 12, 2007. For good cause shown, the Motion is **GRANTED**. Discovery shall be stayed up to and including **September 12, 2007**, to allow the parties to finalize a pending Settlement Agreement.

**SO ORDERED.**

Signed: July 12, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge